UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**TIMMY FAYARD**              **NO. 09-171-JJB-SCR**

**VERSUS**             **JUDGE BRADY**

**TIRE KINGDOM, INC.**             **MAG. JUDGE RIEDLINGER**

**ORDER**

Considering the Motion to Extend Deadlines to Complete Depositions of Biomechanical Engineers and for Filing Opposition to Motions in Limine, record document number 44;

IT IS ORDERED that the deadline for deposing expert biomechanical engineers in this case is extended such that the plaintiff shall have until July 31, 2010, to complete the deposition of defendant's biomechanical engineer and the defendant shall have until August 31, 2010, to complete the deposition of the plaintiff's biomechanical engineer.

IT IS FURTHER ORDERED that the plaintiff shall have until July 31, 2010, to submit oppositions to the defendant's recently-filed motions in limine.

IT IS FURTHER ORDERED that *Daubert* motions, if any, regarding biomechanical engineers shall be filed by September 30, 2010.

Baton Rouge, Louisiana, June 14, 2010.

STEPHEN C. RIEDLINGER  
UNITED STATES MAGISTRATE JUDGE