UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TIMMY FAYARD

VERSUS

TIRE KINGDOM, INC.

CIVIL ACTION

NO. 09-171-JJB-SCR

**O R D E R**

Considering the pending motions in this matter;

**IT IS HEREBY ORDERED** that the pretrial conference scheduled for Monday, August 30, at 9:45 a.m., is **CANCELLED**.

Baton Rouge, Louisiana, June 15, 2010.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA